IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ALEXANDER HORSE,

        Defendant.

4:22-CR-3136

ORDER

IT IS ORDERED:

1. The Request for Transcript (filing 50) is granted.

2. The Clerk's Office shall provide a copy of this order to the party requesting the transcripts.

3. The requestor shall be responsible for the cost of the transcripts.

4. The requestor is directed to contact the court reporter to arrange for payment.[1]

Dated this 3rd day of November, 2025.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge

---

[1] The Court reporter, Lisa Grimminger, may be reached at (402) 437-1908 or lggrmrcrr@gmail.com.